IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHAD ANTHONY GALVAN,

      Plaintiff,                      No. CIV S-08-883 LKK EFB P

      vs.

S. PURVIANCE, et al.,

      Defendants.              <u>ORDER</u>

                           /

      Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. § 1983. He has submitted an affidavit requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1).

      Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." Plaintiff has not submitted the required trust account statement.

      Plaintiff has also requested that the court appoint counsel. District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases. *Mallard v. United States*

1  *Dist. Court*, 490 U.S. 296, 298 (1989).  In exceptional circumstances, the court may request
2  counsel voluntarily to represent such a plaintiff.  28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935
3  F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990).
4  The court finds that there are no exceptional circumstances in this case.
5       Accordingly, IT IS HEREBY ORDERED that:
6       1.  Plaintiff has 30 days from the date this order is served to submit the required trust
7  account statement.  The Clerk of Court is directed to send plaintiff an application to proceed in
8  forma pauperis used in this district.  Failure to comply with this order will result in a
9  recommendation that this action be dismissed; and
10      2.  Plaintiff's April 28, 2008, motion for appointment of counsel is denied.
11 DATED:  June 3, 2008.

                    EDMUND F. BRENNAN
                    UNITED STATES MAGISTRATE JUDGE