1

2

3

4

5

6                     UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF CALIFORNIA
7

8   CHAD ANTHONY GALVAN,              )  NO. CV-08-0883-LRS
                                      )
9            Plaintiff,               )  **ORDER ALLOWING**
                                      )  **PLAINTIFF TO PROCEED**
10       v.                           )  ***IN FORMA PAUPERIS***,
                                      )  ***INTER ALIA***
11  S. PURVIANCE, et al.,             )
                                      )
12           Defendants.              )
    _____  )
13

14          Plaintiff is a High Desert State prisoner proceeding *pro se*.  Plaintiff seeks

15  relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed *in forma*

16  *pauperis*.

17          Plaintiff has submitted a declaration that makes the showing required by 28

18  U.S.C. § 1915(a).  Accordingly, the request to proceed *in forma pauperis* will be

19  granted.

20          Plaintiff is required to pay the statutory filing fee of $350.00 for this action.

21  28 U.S.C. §§ 1914(a), 1915(b)(1).  Plaintiff has been found without funds for six

22  months and currently is without funds.  Accordingly, the court will not assess an

23  initial partial filing fee.  28 U.S.C. § 1915(b)(1).  Plaintiff is obligated to make

24  monthly payments of twenty percent of the preceding month's income credited to

25  his prison trust account.  These payments shall be collected and forwarded by the

26  appropriate agency to the Clerk of the Court each time the amount in Plaintiff's

27  account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

28

**ORDER ALLOWING PLAINTIFF TO**
**PROCEED *IN FORMA PAUPERIS*, *INTER ALIA* -    1**

1     Plaintiff's Complaint appears to state a cognizable claim for relief pursuant

2 to 42 U.S.C. § 1983 and 28 U.S.C. § 1915(A)(b), in that it appears if the

3 allegations of the Complaint are proven, Plaintiff has an opportunity to prevail on

4 the merits of this action.  This finding, however, does not preclude Defendants

5 from filing a 12(b)(6) motion to dismiss.

6     In accordance with the above, **IT IS HEREBY ORDERED THAT**:

7     1.  Plaintiff's *Application To Proceed In Forma Pauperis* (Ct. Recs. 2, 6) are

8 **GRANTED**.

9     2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this

10 action.  The fee shall be collected and paid in accordance with the court's order to

11 the Warden of High Desert State Prison filed concurrently herewith.

12     3.  Service is appropriate for the following Defendants: S. Purviance, C.R.

13 Sharps, W.W. Knipp, H. Lackner, and R.J. Subia.

14     4.  The Clerk of the Court shall send the Plaintiff five USM-285 forms, one

15 summons, an instruction sheet, and a copy of the Complaint filed April 28, 2008.

16     5.  Within thirty (30) days from the date of this order, Plaintiff shall

17 complete the attached Notice of Submission of Documents and submit the

18 following documents to the court:

19          a.  The completed Notice of Submission of Documents;

20          b.  One completed summons;

21          c.  One completed USM-285 form for each Defendant listed in

22 number 3 above; and

23          d.  Six copies of the endorsed complaint filed April 28, 2008.

24     6.  Plaintiff need not attempt service on Defendants and need not request

25 waiver of service.  Upon receipt of the above-described documents, the court will

26 ///

27 ///

28
      **ORDER ALLOWING PLAINTIFF TO**
      **PROCEED *IN FORMA PAUPERIS*, *INTER ALIA* -    2**

direct the United States Marshal to serve the above-named Defendants pursuant to Fed. R. Civ. P. 4 without payment of costs.

 **DATED** this____2nd____day of March, 2009.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
United States District Judge

**ORDER ALLOWING PLAINTIFF TO
PROCEED *IN FORMA PAUPERIS*, *INTER ALIA* -    3**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CHAD ANTHONY GALVAN,                )   NO. CV-08-0833-LRS
                                    )
          Plaintiff,                )   **NOTICE OF SUBMISSION**
                                    )   **OF DOCUMENTS**
     v.                             )
                                    )
S. PURVIANCE, et al,                )
                                    )
                                    )
                                    )
                                    )
          Defendants.               )
_____     )

          Plaintiff hereby submits the following documents in compliance with the

court's order filed _____.


          _____ Completed summons form


          _____ Completed USM-285 forms


          _____ Copies of the _____

                              Complaint/Amended Complaint



DATED:



                                    _____
                                    Plaintiff