UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD ANTHONY GALVAN, ) | |
| ) | NO. CV-08-0883-LRS |
| Plaintiff, ) | **ORDER DENYING** |
| ) | **PLAINTIFF'S MOTION FOR** |
| v. ) | **RELIEF** |
| ) | |
| S. PURVIANCE, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

BEFORE THE COURT is plaintiff Anthony Galvan's Motion for Relief (Ct. Rec. 23), filed on August 13, 2010. The motion was not properly noted, however, Defendants Knipp, Lackner and Subia have filed an opposition (Ct. Rec. 24).

On August 3, 2010, the Court granted the motion to dismiss filed by defendants Knipp, Lackner and Subia, thus terminating this lawsuit. (Ct. Rec. 20) . On August 13, 2010, plaintiff Chad Anthony Galvan filed a motion for relief arguing that he had not been properly served with the defendants' motion to dismiss and asking that the Court consider his opposition to the motion to dismiss that he filed concurrently with his motion for relief.

The defendants' motion to dismiss was served on the plaintiff by mail at North Kern State Prison, PO Box 5005, Delano, CA 93216. (Proof of Service for Motion to Dismiss, Ct. Rec. 17). This is the same address that is on file with the Court as being the plaintiff's address. It is also the same address that is provided by the plaintiff on his motion for relief.

The Court finds that plaintiff was appropriately served with the defendants' motion to dismiss. Because the defendants' motion to dismiss was properly served

**ORDER - 1**

on the plaintiff by mail at his correct address, the plaintiff's motion for relief is hereby denied.

In accordance with the above, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff Anthony Galvan's Motion for Relief, **Ct. Rec. 23**, filed on August 13, 2010 is **DENIED**.

2. The District Court Executive is directed to enter this order, forward a copy to the PLAINTIFF and to counsel of record for Defendants. This file remains CLOSED.

**DATED** this  8th   day of October, 2010.

*s/Lonny R. Suko*

LONNY R. SUKO
Chief United States District Judge

**ORDER  - 2**