UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CHAD ANTHONY GALVAN,                    )
                                        )   NO. CV-08-0883-LRS
        Plaintiff,                      )
                                        )   **ORDER DENYING PLAINTIFF'S**
   v.                                   )   **MOTION FOR RELIEF**
                                        )
S. PURVIANCE, et al.,                   )
                                        )
        Defendants.                     )
_____        )

    BEFORE THE COURT is Plaintiff's Motion for Relief, Ct. Rec. 25, filed
October 6, 2010.  On August 3, 2010, a judgment was entered in this case (Ct.
Rec. 21).  On October 12, 2010, the Court entered an Order denying Plaintiff's
motion for relief (Ct. Rec. 23), but inadvertently failed to dispose of a nearly
identical motion for relief (Ct. Rec. 25) filed by plaintiff, which set forth the same
argument about the alleged problems with jail mail.   In light of the Court's
disposition of this case, IT IS ORDERED Plaintiff's motion for relief (Ct. Rec. 25)
is DENIED as moot.

    IT IS SO ORDERED.  The District Court Executive is directed to enter this
Order, forward a copy to Plaintiff, and the file REMAINS CLOSED.

    **DATED** this  19th   day of November, 2010.


                        *s/Lonny R. Suko*
                _____
                        LONNY R. SUKO
                Chief United States District Judge

**ORDER - 1**